IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-486-BO

| | |
|---|---|
| PAMELA MELVIN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRACY NAYLOR and GUARDIAN HART)<br>MEDICAL CARE, )<br>)<br>Defendants. ) | **ORDER** |

This cause comes before the Court on plaintiff's motion to re-issue summons [DE 24] and motion to appoint counsel [DE 25]. Plaintiff incorrectly contends that because her summons have "expired" she is unable to effect service on defendants within the time allowed by the Court's 2 June 2015 order. The summons issued by the Court do not themselves expire, it is only the time for effecting service under Rule 4 of the Federal Rules of Civil Procedure that expires. However, in order to prevent any further delay with service in this matter, the clerk is DIRECTED to issue the summons attached to plaintiff's motion at docket entry nineteen. Plaintiff's time for effecting service is extended to and including July 8, 2015. Plaintiff shall effect service and file proof of the same within that time or this case will be dismissed. Plaintiff's motion to re-issue summons [DE 24] is granted.

Plaintiff's motion to appoint co-counsel [DE 25] is denied. Though plaintiff states that her health and living conditions place a hardship on her in prosecuting this case, she has successfully filed numerous motions in this matter and continues to file in another case before

this Court. *See Melvin v. Soc. Sec. Admin.*, 5:14-CV-170-F. Plaintiff has failed to demonstrate the extraordinary circumstances necessary for appointment of counsel. *Cook v. Bounds*, 518 F.2d 779, 780 (4th Cir. 1975).

SO ORDERED, this **27** day of June, 2015.

　　　　　　　　　　　　　　　　　　／s／ Terrence Boyle
　　　　　　　　　　　　　　　　　　TERRENCE W. BOYLE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE